**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

GRANDPAW DOWD'S CATFISH, INC.,
an Arkansas corporation                                          PLAINTIFF

       v.           Civil No. 04-5289

SAVAGE POULTRY, INC., a
Maryland corporation, and
STEVE FARMER, an individual                                      DEFENDANTS

### O R D E R

    Now on this 10th day of October, 2006, comes on for consideration a document entitled **Motion To Reopen Case** (document #15), and the Court, being well and sufficiently advised, finds and orders as follows:

    1.   This matter was dismissed without prejudice on September 29, 2005. Because it was dismissed, rather than administratively terminated, it can only be "reopened" by being refiled.

    2.   The motion now under consideration is filed by Gregg E. Dowd, president of plaintiff corporation, who does not appear to be a licensed attorney. The Court makes this determination based on the fact that no attorney license number is stated on the document, nor is the filer a registered user of the Court's CM/ECF system, which all licensed attorneys are expected to use, but which *pro se* litigants are not entitled to use. Thus the Court finds that the motion to be a nullity. "[A] corporation may appear in the federal courts only through licensed counsel." **Rowland v. California Men's Colony**, **506 U.S. 194, 202 (1993).**

    3.   For the foregoing reasons, the **Motion To Reopen Case**

(document #15) is **denied**.

    **IT IS SO ORDERED.**

                                          **/s/ Jimm Larry Hendren**
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**